PHYLLIS E. ANDELIN (SB #60430)
Law Offices of Phyllis E. Andelin
4000 Bridgeway Suite 103
Sausalito, California 94965
Telephone: (415) 332 2602
Facsimile: (415) 332 2657

Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRI YARKIN, | ) | Case No. C-07-1969 CRB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** ~~**PROPOSED**~~ |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| STARBUCKS CORPORATION, a | ) | |
| Washington State corporation; | ) | |
| DOES 1-50, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| ——————————————— | ) | |

It is hereby stipulated and agreed between the parties through their respective attorneys, subject to the Court's approval, that the Initial Case Management Conference presently scheduled for July 20, 2007, shall be continued to 8:30 a.m. on July 27, 2007.

Dated:   June 15, 2007          LAW OFFICES OF PHYLLIS E. ANDELIN
                                PHYLLIS E. ANDELIN P.C.


                                By: s/s Phyllis E. Andelin
                                Attorneys for Plaintiff

Dated:   June    , 2007         Perkins Coie LLP
                                David R. Burtt


                                By: s/s David R. Burtt
                                Attorneys for Defendant

        I declare under penalty of perjury that the stated persons did in fact sign this stipulation and that I have the signed document in my files relating to this action.

June 25, 2007                    LAW OFFICES OF PHYLLIS E. ANDELIN
                                PHYLLIS E. ANDELIN P.C.



                                By: s/s Phyllis E. Andelin
                                Attorneys for Plaintiff

        FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

June 27, 2007                   _____
                                Honorable Charles R. Breyer
                                United States District

