United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI YARKIN, | No. C 07-01969 CRB |
| Plaintiff, | **ORDER CONTINUING SUMMARY JUDGMENT MOTION** |
| v. | |
| STARBUCKS CORPORATION, | |
| Defendant. | |

Now pending before the Court is plaintiff's opposed motion to continue the January 25, 2008 summary judgment hearing. The Court agrees with defendant that plaintiff has not been diligent in prosecuting this action; however, it is in the interest of all parties to decide this case on the merits. Accordingly, the Court continues defendant's motion for summary judgment to March 21, 2008. Plaintiff's opposition <u>must be filed</u> on or before February 21, 2008.

**IT IS SO ORDERED.**

Dated: January 11, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\1969\ordercontinuingsj.wpd