IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI YARKIN,<br><br>        Plaintiff,<br><br>  v.<br><br>STARBUCKS CORPORATION,<br><br>        Defendant._____/ | No. C 07-01969 CRB<br><br>**ORDER DENYING IN PART AND GRANTING IN PART MOTION FOR SUMMARY JUDGMENT** |

Now pending before the Court's defendant's motion for summary judgment. After carefully considering the papers and evidence submitted by the parties, the Court DENIES defendant's motion for summary judgment on plaintiff's claims for age discrimination and wrongful constructive discharge. A reasonable trier of fact could find that defendant constructively discharged plaintiff and could also find that defendant's conduct was motivated by plaintiff's age.

The Court OVERRULES defendant's objection to plaintiff's testimony as to the "old" comments; defendant has not proven that the declaration statements are so contradictory as to constitute a "sham." See Kennedy v. Allied Mutual Insurance Co., 952 F.2d 262, 266-67 (9th Cir. 1991). The Court concludes, however, that even without such evidence a reasonable trier of fact could find for plaintiff.

Defendant's motion for summary judgment on plaintiff's breach of oral contract and

1 intentional and negligent infliction of emotional distress claims is GRANTED as plaintiff's
2 opposition does not address defendant's arguments on these claims.  See <u>Abogados v.
3 AT&T, Inc</u>. 223 F.3d 932, 937 (9th Cir. 2000).

**IT IS SO ORDERED.**

Dated: March 31, 2008



CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\1969\orderresj.wpd        2