UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRI YARKIN

    Plaintiff,

    v.

STARBUCKS CORPORATION

    Defendant.
_____/

No. C-07-01969 CRB (EDL)

NOTICE OF CONTINUANCE
<u>OF SETTLEMENT CONFERENCE</u>

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for July 2, 2008 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **July 3, 2008 at 10:30 a.m**. The settlement conference will be taken off calendar should the parties finalize and sign a settlement agreement.

Lead counsel who will try the case shall appear at the Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: June 30, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge