IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI YARKIN,<br><br>    Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>    Defendant.               / | No. C 07-01969 CRB<br><br>**ORDER ENFORCING SETTLEMENT** |

Now pending before the Court is the Report and Recommendation of Magistrate Judge LaPorte regarding enforcement of the settlement in this action. No party has filed an objection. The Court has carefully reviewed and agrees with the Recommendation. Accordingly, the Court denies plaintiff's motion to enforce the June 11, 2008 settlement agreement; instead, it hereby enforces the written settlement as modified by the terms that were put on the record and that all parties agreed to at the July 3, 2008 settlement conference.

**IT IS SO ORDERED.**

Dated: December 5, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\1969\orderadoptingr&r.wpd